UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUEHUA LIN,
       Plaintiff,

   -v-

M&T BANK CORPORATION,
EQUIFAX INFORMATION SERVICES,
LLC, and EXPERIAN INFORMATION
SOLUTIONS, INC.,
       Defendants.

22-CV-7312 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Defendant M&T Bank Corporation was served on August 31, 2022, and Defendant Experian Information Solutions, Inc. was served on September 8, 2022. However, no appearance has been entered on either Defendant's behalf, and neither Defendant has responded to the complaint in the allotted time. Plaintiff has not moved for a default judgment against Defendants M&T Bank or Experian.

  Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from these Defendants or their counsel regarding a response to the complaint.

  If Plaintiff fails by October 17, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against these Defendants, the action may be dismissed for failure to prosecute as against Defendants M&T Bank and Experian.

  Plaintiff is directed to serve a copy of this order by mail on Defendants.

  SO ORDERED.

1

2

Dated: October 3, 2022
New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　United States District Judge