UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUEHUA LIN,

                    Plaintiff,

      -v-

M&T BANK CORPORATION,
EQUIFAX INFORMATION SERVICES,
LLC AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

                    Defendants.

22-CV-7312 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that all deadlines are adjourned and this action is dismissed **as to Defendant Experian only**, without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                    J. PAUL OETKEN
                                             United States District Judge