UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUEHUA LIN,

                  Plaintiff,

-v-

M&T BANK CORPORATION,
EQUIFAX INFORMATION SERVICES,
LLC AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

                  Defendants.

22-CV-7312 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED **as to Defendant Equifax only**, without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

All filing deadlines and conference dates as to Equifax are adjourned *sine die*.

SO ORDERED.

Dated: October 18, 2022
      New York, New York

_____
J. PAUL OETKEN
United States District Judge