UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUEHUA LIN,
                    Plaintiff,

        -v-

M&T BANK CORPORATION,
EQUIFAX INFORMATION SERVICES,
LLC, and EXPERIAN INFORMATION
SOLUTIONS, INC.,
                    Defendants.

22-CV-7312 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Per the letter motion filed by Plaintiff at Docket Number 22, Defendant M&T Bank Corporation was served with the summons and complaint in this matter on October 17, 2022. While more than twenty-one days have elapsed since the date of service, no appearance has been entered on behalf of M&T Bank Corporation and it has not yet responded to the complaint. Fed. R. Civ. P. 12(a).

    Plaintiff is directed to notify the Court whether it intends to move for default judgment as against Defendant M&T Bank, or if it has received any further communication from this Defendant regarding settlement.

    If Plaintiff fails by December 14, 2022, to either (1) file a letter concerning the status of the case in relation to Defendant M&T Bank Corporation, or (2) move for default judgment against Defendant M&T Bank Corporation, this action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: November 14, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge