UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUEHUA LIN,

                  Plaintiff,

    -v-

M&T BANK CORPORATION,
EQUIFAX INFORMATION SERVICES,
LLC AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

                  Defendants.

22-CV-7312 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge